**Order entered December 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00584-CV

**MOHAMMED HARUN AND SPICE-N-RICE INDIAN TIFFIN RESTAURANT,**
**Appellants**

**V.**

**SHARIF RASHID, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09394**

## ORDER

Before the Court is appellants' November 28, 2016 motion for extension of time to file

brief. We **GRANT** appellants' motion and **ORDER** the brief filed by **DECEMBER 15, 2016**.


/s/     ELIZABETH LANG-MIERS
          JUSTICE